No. State 121.   WILKES, Plaintiff in error, v. STATE, Defendant in error.

(Also reported in 222 N. W. 2d 710.)

Criminal law. Homicide. Second-degree murder and robbery. Cause of death. No intervening cause. Conduct imminently dangerous to others. Evidence. Sufficiency.

The cause was submitted for the plaintiff in error on the briefs of *Howard B. Eisenberg,* state public defender, and *Ronald L. Brandt,* assistant state public defender, and for the defendant in error on the brief of *Robert W. Warren,* attorney general, and *Christine M. Wiseman,* assistant attorney general.